THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR18-0086-JCC |
| Plaintiff, | ORDER |
| v. | |
| THANH CONG PHAN, | |
| Defendant. | |

This matter comes before the Court on Defendant's unopposed motion for a competency examination (Dkt. No. 11). Based upon counsel's representations, there is reasonable cause to believe that the Defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. 18 U.S.C. § 4241(a). Accordingly, the Court ORDERS:

1. A competency examination be conducted on Defendant Thang Cong Phan;

2. Pursuant to 18 U.S.C. §§ 4241 and 4247(b), Defendant shall be committed to the custody of the Attorney General for a period not to exceed 30 days, and be examined during that time by a psychiatrist and/or psychologist chosen by the Attorney General who shall conduct a

competency examination to attempt to determine if Defendant is able to understand the nature and consequences of the proceedings against him and if he is able to assist in his defense;

3. The examining psychiatrist and/or psychologist shall prepare an examination report, file that report with the Court, and provide copies to counsel for Defendant and the United States;

4. Pursuant to 18 U.S.C. § 3161(h)(1)(A), the time required to perform the examination of Defendant shall be excluded in computing the time within which trial in this case must commence.

The Clerk is DIRECTED to file and maintain the resulting report, once received, under seal.

DATED this 6th day of April 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR18-0086-JCC
PAGE - 2