THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR18-0086-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| THANH CONG PHAN, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The Grand Jury indicted Defendant with Shipment of Explosive Materials, in violation of 18 U.S.C. sections 842(a)(3)(A) and 844(a). (Dkt. No. 12.) Defendant is scheduled to be arraigned on April 12, 2018. (Dkt. No. 15); *see* W.D. Wash. Local Crim. R. 10. But the Court recently ordered Defendant committed to custody of the Attorney General for a period not to exceed 30 days to allow for a competency examination. (Dkt. No. 18.) Accordingly, the Court VACATES the April 12, 2018 arraignment. The Clerk is DIRECTED to reschedule the arraignment once the examining psychologist files the resulting report with the Court. (*See id.* at 2.)

//

//

DATED this 10th day of April 2018.

<u>William M. McCool</u>  
Clerk of Court

<u>s/Tomas Hernandez</u>  
Deputy Clerk

MINUTE ORDER CR18-0086-JCC  
PAGE - 2