THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9   UNITED STATES OF AMERICA,                CASE NO. CR18-0086-JCC

10                          Plaintiff,        MINUTE ORDER

11           v.

12   THANH CONG PHAN,

13                          Defendant.

14

15          The following Minute Order is made by direction of the Court, the Honorable John C.

16   Coughenour, United States District Judge:

17          On April 6, 2018, the Court entered an order committing Defendant to the custody of the

18   Attorney General for a period not to exceed 30 days to facilitate a competency examination.

19   (Dkt. No. 18.) The Court has since learned that Defendant was not designated to the Federal

20   Detention Center for the examination until April 19, 2018. (Dkt. No. 20.) Finding good cause,

21   the Court tolls the 30-day period described above and Defendant's speedy trial period from April

22   6, 2018 to April 19, 2018. *See* 18 U.S.C. §§ 3161(h)(1)(A), 4247(b).

23          DATED this 24th day of April 2018.

24                                            William M. McCool
                                              Clerk of Court
25

26                                            s/Tomas Hernandez
                                              Deputy Clerk