UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THANH CONG PHAN,<br><br>Defendant. | CASE NO. CR18-0086-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Stanley J. Caterbone and Advanced Media Group's ("proposed amici") motion for leave to file an amicus curiae brief (Dkt. No. 32). District courts have "broad discretion" regarding the appointment of *amici*. *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982), *abrogated on other grounds by Sandin v. Conner*, 515 U.S. 472 (1995). "The privilege of being heard amicus rests in the discretion of the court which may grant or refuse leave according as it deems the proffered information timely, useful, or otherwise." *Community Ass'n for Restoration of Env. (CARE) v. DeRuyter Bros. Dairy*, 54 F. Supp. 2d 974, 975 (E.D. Wash. 1999). The Court finds that the information proffered does not meet this standard. Accordingly, the Court DENIES the motion (Dkt. No. 32). The Clerk is DIRECTED to send a copy of this order to proposed amici at 1250 Fremont St., Lancaster, PA 17603.

DATED this 25th day of July 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk