UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> THANH CONG PHAN, <br><br> Defendant. | CASE NO. CR18-0086-JCC <br><br> MINUTE ORDER DENYING MOTION FOR RECONSIDERATION |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Stanley J. Caterbone's motion for reconsideration (Dkt. No. 34). Mr. Caterbone moves the Court to reconsider its previous order denying him leave to file an amicus curia brief. (Dkt. No. 33.) "Motions for reconsideration are disfavored." W.D. Wash. Local Civ. R. 7(h)(1). "The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." *Id.* Mr. Caterbone has not met this standard. His motion for reconsideration (Dkt. No. 34) is DENIED. The Clerk is DIRECTED to send a copy of this order to proposed amici at 1250 Fremont St., Lancaster, PA 17603.

//

1     DATED this 6th day of August 2018.

                                              William M. McCool
                                              Clerk of Court

                                              /s/Tomas Hernandez
                                              Deputy Clerk