UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THANH CONG PHAN,<br><br>Defendant. | CASE NO. CR18-0086-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the completed forensic evaluation of Defendant Phan. The parties are ORDERED to submit a response or objection to the warden's recommendation, not to exceed five pages, by January 25, 2019. The Government and defense counsel are ORDERED to appear for a competency hearing on January 31, 2019 at 9:30 a.m.

DATED this 22nd day of January 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk