THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR18-0086-JCC |
| Plaintiff, | ORDER |
| v. | |
| THANH CONG PHAN, | |
| Defendant. | |

This matter comes before the Court on the completed forensic evaluation of Defendant Phan. Federal Medical Center, Butner is ORDERED to retain Defendant Phan until the Court issues a ruling on the warden's request for an additional period of competency restoration treatment.

DATED this 23rd day of January 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR18-0086-JCC
PAGE - 1