UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>THANH CONG PHAN,<br><br>    Defendant. | CASE NO. CR18-0086-JCC<br><br>ORDER |

This matter comes before the Court on Defendant's unopposed motion to seal (Dkt. No. 44) defense counsel's response to Defendant's competency evaluation (Dkt. No. 45).

"There is a strong presumption of public access to the court's files." W.D. Wash. Local Civ. R. 5(g). To overcome this presumption, there must be a "compelling reason" for sealing sufficient to outweigh the public's interest in disclosure. *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1101 (9th Cir. 2016) (applying the "compelling reason" test to motions to seal documents that are "more than tangentially related to the merits of a case"). Defendant seeks to maintain under seal defense counsel's response to Defendant's competency evaluation. (Dkt. Nos. 44, 45.) The competency evaluation, and defense counsel's response to it, contain highly personal and sensitive information about Defendant's mental health condition, in which the public has minimal interest. (Dkt. No. 45.) On this basis, the Court finds there is a compelling reason to seal defense counsel's response that outweighs the public's interest in its disclosure.

1    For the foregoing reasons, Defendant's motion to seal (Dkt. No. 44) is GRANTED. The
2  Clerk is DIRECTED to maintain Docket Number 45 under seal.
3    DATED this 22nd day of February 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR18-0086-JCC
PAGE - 2