THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR18-0086-JCC |
| Plaintiff, | ORDER |
| v. | |
| THANH CONG PHAN, | |
| Defendant. | |

This matter comes before the Court *sua sponte*. Federal Medical Center, Butner is ORDERED to have Defendant ready for his competency hearing, via videoconference, on July 16, 2019 at 9:00 a.m. PST. The Clerk is DIRECTED to provide a copy of this order to Mallory Brooks Storus, an attorney for Federal Medical Center, Butner, by email.

DATED this 11th day of July 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR18-0086-JCC
PAGE - 1