THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THANH CONG PHAN,<br><br>Defendant. | CASE NO. CR18-0086-JCC<br><br>ORDER |

This matter comes before the Court on the Government's motion to seal (Dkt. No. 52) its response to Defendant's competency evaluation (Dkt. No. 53).

"There is a strong presumption of public access to the court's files." W.D. Wash. Local Civ. R. 5(g). To overcome this presumption, there must be a "compelling reason" for sealing sufficient to outweigh the public's interest in disclosure. *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1101 (9th Cir. 2016) (applying the "compelling reason" test to motions to seal documents that are "more than tangentially related to the merits of a case"). The Government seeks to maintain under seal its response to Defendant's competency evaluation. (Dkt. Nos. 52, 53.) The competency evaluation, and the Government's response to it, contain highly personal and sensitive information about Defendant, in which the public has minimal interest. (Dkt. Nos. 53, 54-3.) On this basis, the Court finds a compelling reason to seal the Government's response that outweighs the public's interest in disclosure.

For the foregoing reasons, the Government's motion to seal (Dkt. No. 52) is GRANTED. The Clerk is DIRECTED to maintain Docket Number 53 under seal.

DATED this 30th day of July 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE