THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR18-0086-JCC |
| Plaintiff, | ORDER |
| v. | |
| THANH CONG PHAN, | |
| Defendant. | |

This matter comes before the Court on Defendant's motion to seal (Dkt. No. 56) his supplement to the competency proceeding (Dkt. No. 57).

"There is a strong presumption of public access to the court's files." W.D. Wash. Local Civ. R. 5(g). To overcome this presumption, there must be a "compelling reason" for sealing sufficient to outweigh the public's interest in disclosure. *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1101 (9th Cir. 2016) (applying the "compelling reason" test to motions to seal documents that are "more than tangentially related to the merits of a case"). Defendant seeks to maintain under seal his supplement to the competency hearing. (Dkt. Nos. 56, 57.) The supplement contains highly sensitive and personal information about Defendant, in which the public has minimal interest. (Dkt. No. 57.) On this basis, the Court finds a compelling reason to seal Defendant's supplement that outweighs the public's interest in its disclosure.

For the foregoing reasons, Defendant's motion to seal (Dkt. No. 56) is GRANTED. The

1 | Clerk is DIRECTED to maintain Docket Number 57 under seal.

DATED this 2nd day of August 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR18-0086-JCC
PAGE - 2