UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR18-086-RSM |
| Plaintiff, | ) | |
| v. | ) | ORDER TO |
| THANH CONH PHAN, | ) | SEAL DOCUMENT |
| Defendant. | ) | |

THIS MATTER has come before the undersigned on the motion to file Defendant's Motion for Immediate Release and exhibits thereto under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the document under seal.

IT IS ORDERED that Defendant's Motion for Immediate Release (Dkt #66) and the attached exhibits be filed under seal.

DATED this 3rd day of March, 2020.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Sara Brin*
Assistant Federal Public Defender
Attorney for Thanh Cong Phan

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**