Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

THANH CONG PHAN,

Defendant.

NO.  CR18-0086RSM

ORDER GRANTING MOTION TO SEAL

This matter has come before the Court on the motion to seal Government's Response to Motion for Immediate Release. The Court has reviewed the motion and records in this case and finds there are compelling reasons to permit the filing of this response under seal.

IT IS HEREBY ORDERED that the Government's Response be filed under seal.

DATED this 11th day of March, 2020.


RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*s/Ye-Ting Woo*
YE-TING WOO
Assistant United States Attorney

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970