Chief Judge Ricardo S. Martinez

1
2
3
4
5
6

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7   UNITED STATES OF AMERICA,                    NO.  CR18-0086RSM

8              Plaintiff,

9         v.                                      ORDER GRANTING
                                                  MOTION TO SEAL
10   THANH CONG PHAN,

11             Defendant.

12       This matter has come before the Court on the motion to seal Government's Motion

13   for Risk Assessment Pursuant to Title 18, United States Code, Section 4246. The Court

14   has reviewed the motion and records in this case, finds there are compelling reasons to

15   permit the filing of the motion and exhibits under seal.

16
17       IT IS HEREBY ORDERED that the Government's Motion and accompanying

18   Exhibits be filed under seal.

     DATED this 29th day of May, 2020.
19

20

21                               _____
                                 RICARDO S. MARTINEZ
22                               UNITED STATES DISTRICT JUDGE

23

24
     Presented by:
25

26   s/Ye-Ting Woo
     YE-TING WOO
27   Assistant United States Attorney

28

ORDER GRANTING MOTION TO SEAL - 1
CR18-0086RSM/PHAN