HONORABLE JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THANH CONH PHAN,<br><br>　　　　　Defendant. | No. CR18-086-RSM<br><br>ORDER TO<br>SEAL RESPONSE |

THIS MATTER has come before the undersigned on the motion to file Defendant's Response to Government's Motion for Risk Assessment under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the document under seal.

IT IS ORDERED that Defendant's Response be filed under seal.

DATED this 4th day of June, 2020.

　　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Sara Brin*
Assistant Federal Public Defender
Attorney for Thanh Cong Phan

ORDER TO SEAL RESPONSE
(*USA v. Phan* / CR18-086-JCC) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100