UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR18-0086RSM |
|---|---|
| Plaintiff, | |
| v. | ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE |
| THANH CONG PHAN, | |
| Defendant. | |

The United States of America's motion to dismiss the Indictment against Thang Cong Phan without prejudice is GRANTED. Pursuant to Fed. R. Crim. Proc. 48(a), the Indictment is dismissed without prejudice solely for the reasons related to the mental condition of Thanh Cong Phan as referenced in sealed materials in this case.

Dated this 21st day of September, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*s/Ye-Ting Woo*
YE-TING WOO
Assistant United States Attorney

ORDER DISMISSING WITHOUT PREJUDICE - 1
CR18-0086RSM/PHAN

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970