CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR18-086-RSM |
| Plaintiff, | ) ) | ORDER GRANTING STIPULATED MOTION TO PROVIDE SEALED DOCUMENTS TO DEFENSE AND GOVERNMENT COUNSEL IN ANOTHER DISTRICT |
| v. | ) ) ) | |
| THANH CONG PHAN, | ) ) | |
| Defendant. | ) ) | |

THIS MATTER has come before the undersigned on the stipulated motion to allow the parties to share sealed documents filed in this district with counsel for Mr. Phan and the government in *United States v. Thanh Cong Phan*, No. 5:20-HC-2171-BR (E.D.N.C.), a civil commitment proceeding in United States District Court for the Eastern District of North Carolina. The Court has considered the motion and records in this case and finds there are compelling reasons to grant the motion.

IT IS ORDERED that counsel for Mr. Phan and counsel for the government may share documents filed under seal in this criminal case with defense counsel for Mr. Phan and government counsel in *United States v. Thanh Cong Phan*, No. 5:20-HC-2171-BR (E.D.N.C.); and

//

//

(PROPOSED) ORDER GRANTING
STIPULATED MOTION TO PROVIDE SEALED
DOCUMENTS TO DEFENSE AND GOVERNMENT
COUNSEL IN ANOTHER DISTRICT
(*United States v. Phan*, No. CR18-086-RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1   IT IS ORDERED that no additional disclosure is contemplated by this Order and
2   any documents that were filed under seal shall remain sealed barring further Orders
3   from this Court.

4   DATED this 5th day of October 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Sara Brin*
Assistant Federal Public Defender
Attorney for Thanh Cong Phan

(PROPOSED) ORDER GRANTING STIPULATED MOTION TO PROVIDE SEALED DOCUMENTS TO DEFENSE AND GOVERNMENT COUNSEL IN ANOTHER DISTRICT
(*United States v. Phan*, No. CR18-086-RSM) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**